796 A.2d 892

CHERI DABIRI, PLAINTIFF–PETITIONER, v. HACKENSACK
MEDICAL CENTER, DEFENDANT, AND KENNETH
BROWN, M.D., DEFENDANT–RESPONDENT.

April 3, 2002.

Petition for certification is granted, the judgment of the Appellate Division is summarily vacated, and the matter is remanded to the Appellate Division for oral argument and disposition of the appeal on the merits.

796 A.2d 892

LISA MULL, PLAINTIFF–PETITIONER, v. ZETA CONSUMER
PRODUCTS, ET AL., DEFENDANT–RESPONDENT.

April 3, 2002.

Petition for certification is granted, and the matter is summarily reversed and remanded to the Appellate Division to reconsider in the light of *Laidlow v. Hariton Machinery Co.,* 170 *N.J.* 602, 790 *A.*2d 884 (2002).

796 A.2d 892

TEWKSBURY TOWNSHIP, PLAINTIFF–PETITIONER,
v. MARIANNE CENTORINO, DEFENDANT–
RESPONDENT.

April 9, 2002.

Denied.